**Fill in this information to identify the case:**

Debtor 1: James M. Hosking

Debtor 2: Jennifer L. Hosking
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NH
(State)

Case number: 12-10011-JMD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 9 5

**Property address:** 18 Newman Avenue
Number   Street

Johnston   RI   02919
City       State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 46,282.60

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ -111.63

c. **Total**. Add lines a and b. (c) $ 46,170.97

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/01/2015
MM / DD / YYYY

Debtor 1  **James M. Hosking**
_____
First Name    Middle Name    Last Name

Case number (*if known*) **12-10011**
_____

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Jeffrey J. Hardiman**
_____
Signature

Date  03 / 09 / 2017

Print  Jeffrey J. Hardiman, Esq. BNH# 06868
_____
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**
_____

Company  **Shechtman Halperin Savage, LLP**
_____

If different from the notice address listed on the proof of claim to which this response applies:

Address  **1080 Main Street**
_____
Number    Street

**Pawtucket**          **RI**       02860
_____
City              State    ZIP Code

Contact phone  ( 401 ) 272 – 1400

Email  bkdept@shslawfirm.com
_____

| *Motion For Relief Information* | | | | | | | Version # | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Last Revised Date: | |
| | | | Loan Demographics | | | | | |
| Account Number | | Case Number | 12-10011 | Property Address | | | | |
| | | | Bankruptcy Filing Information | | | | | |
| Filed By | James M. Hosking | Chapter Filed | | Chapter 13 | | | Gov't Loan | |
| | Jennifer L. Hosking | Bankruptcy Filing Date | 01/04/2012 | | | | POC Filing Date | |
| District | | | | | | | 1st Post Due Date | |
| Beneficiary (Action in the Name of) | | | | | | | | |
| | | | First Borrower | | | | Non-filing Co-Signer | |
| Name | James M. Hosking | | | SSN | | | | |
| | | | Second Borrower | | | | Non-filing Co-Signer | |
| Name | Jennifer L. Hosking | | | SSN | | | | |

| Payoff Figures as of: | | 00/00/0000 | Delinquent Contractual/Post Petition Payments | | | | |
|---|---|---|---|---|---|---|---|
| Unpaid Balance | | | Date Due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Interest Amount | | | 02/01/2015 to 03/01/2017 | $ 1,780.10 | | | 26 | $ 46,282.60 |
| Interest Rate | | | | | | | | $ - |
| Per Diem | | | | | | | | $ - |
| Escrow Advance | | | | | | | | $ - |
| Corporate Advance | | | | | | | | $ - |
| NSF | | | | | | | | $ - |
| Total Suspense* | | | | | | | | $ - |
| *Includes all Pre-Petition and Post - Petition Suspense | | | Suspense** | $ 111.63 | | | | $ (111.63) |
| TOTAL | $ - | | TOTAL | | | | | $ 46,170.97 |
| | | | **If Chapter 13, will include Post Petition Suspense | | | | | |
| | | | **If Chapter 7, will include all suspense | | | | | |

| MFR Dates/Amount | | National Settlement Agreement* | |
|---|---|---|---|
| Contractual Due Date as per LSAMS | | Is this loan under the National Settlement Agreement? | |
| Current Post Petition Due date as per Post Ledger | | *All loans acquired from Bank of America effective January 1,2013. | |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | | | |

| Other Information | | Right to Foreclosure Language* |
|---|---|---|
| Property Treatment | Retain | *Please include right to foreclose language in the Motion for Relief |
| Property Status | Secured | |
| Motion for Dismissal Filing Date | No | |
| Pending Discharge | No | All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose. |
| Trustee Pay All | No | |
| Loss Mitigation Status | Not Active | |
| Interest Amount at the Time of Filing | #REF! | |

*LM Status and copies of any and all available denial letters are required in CA
*If referral for CA and NY, breakdown for Corp. Advances is required.  IF for FL and MD,  breakdown for Corp Advances and Escrow Advances are required
*If referral is for CA and CO, then contractual payment history is needed for one year prior to the contractual due date.

| **Payment Address** | All payments and mail should be addressed as | | |
|---|---|---|---|
| Nationstar Mortgage, LLC | | | **Comments** |
| PO Box 619094 | **ATTN: Bankruptcy Dept** | | Last payment received on |
| Dallas, TX 75261-9741 | | | |
| **Correspondence Address** | | | |
| Nationstar Mortgage, LLC | | | |
| PO Box 619096 | | | |
| Dallas, TX 75261-9741 | | | |
| | | | Processed by |

### Escrow Advances

| Escrow Account | Date | Recovery (Debit) | Advance (Credit) | Escrow Account | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## Motion For Relief Information
### Post-Petition Ledger

| | | Payment Changes | | | | |
|---|---|---|---|---|---|---|
| Filed By: | James M. Hosking  Jennifer L. Hosking | | | | | |
| Case Number: | 12-10011 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 01/04/12 | | | | | | |
| Payments in POC: | $4,264.47 | | | | | | |
| First Post Due Date | 02/01/12 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/12 | $ 1,883.31 | | $ 1,885.10 | $ (1.79) | | $ 1,883.31 | | | $ - | $ - |
| 03/09/12 | $ 1,883.31 | | | $ 1,881.52 | | $ 1,883.31 | | | $ - | $ - |
| 04/09/12 | $ 1,883.31 | | | $ 3,764.83 | | $ 1,883.31 | | | $ - | $ - |
| 05/04/12 | $ 1,883.31 | | | $ 5,648.14 | | | | | $ 1,883.31 | $ 1,883.31 |
| 05/25/12 | $ 1,883.31 | | | $ 7,531.45 | | $ 1,885.10 | | | $ (1.79) | $ 1,881.52 |
| 07/24/12 | $ 1,883.31 | | | $ 9,414.76 | | $ 1,885.10 | | | $ (1.79) | $ 1,879.73 |
| 08/08/12 | $ 1,883.31 | | | $ 11,298.07 | | $ 1,885.10 | | | $ (1.79) | $ 1,877.94 |
| 09/11/12 | $ 1,883.31 | | | $ 13,181.38 | | $ 1,885.10 | | | $ (1.79) | $ 1,876.15 |
| 10/16/12 | $ 1,883.31 | | | $ 15,064.69 | | $ 1,885.10 | | | $ (1.79) | $ 1,874.36 |
| 11/20/12 | $ 1,610.56 | | | $ 16,675.25 | | | | | $ 1,610.56 | $ 3,484.92 |
| 11/20/12 | $ 272.75 | | | $ 16,948.00 | | | | | $ 272.75 | $ 3,757.67 |
| 11/26/12 | | | | $ 16,948.00 | | $ 1,912.61 | | | $ (1,912.61) | $ 1,845.06 |
| 12/28/12 | $ 1,883.31 | | | $ 18,831.31 | | $ 1,912.61 | | | $ (29.30) | $ 1,815.76 |
| 01/16/13 | $ 1,883.31 | | | $ 20,714.62 | | | | | $ 1,883.31 | $ 3,699.07 |
| 01/17/13 | | | | $ 20,714.62 | | $ 1,912.61 | | | $ (1,912.61) | $ 1,786.46 |
| 02/25/13 | $ 1,883.31 | | | $ 22,597.93 | | $ 1,912.61 | | | $ (29.30) | $ 1,757.16 |
| 03/14/13 | $ 1,883.31 | | | $ 24,481.24 | | $ 1,912.61 | | | $ (29.30) | $ 1,727.86 |
| 04/24/13 | $ 1,883.31 | | | $ 26,364.55 | | $ 1,912.61 | | | $ (29.30) | $ 1,698.56 |
| 05/22/13 | $ 1,883.31 | | | $ 28,247.86 | | $ 1,912.61 | | | $ (29.30) | $ 1,669.26 |
| 07/03/13 | $ 1,883.31 | | | $ 30,131.17 | | $ 1,912.61 | | | $ (29.30) | $ 1,639.96 |
| 08/19/13 | $ 1,883.31 | | | $ 32,014.48 | | $ 1,912.61 | | | $ (29.30) | $ 1,610.66 |
| 10/01/13 | $ (29.30) | | | $ 31,985.18 | | | | | $ (29.30) | $ 1,581.36 |
| 10/01/13 | $ 1,912.61 | | | $ 33,897.79 | | $ 1,912.61 | | | $ (0.00) | $ 1,581.36 |
| 11/22/13 | $ 1,758.41 | | | $ 35,656.20 | | | | | $ 1,758.41 | $ 3,339.77 |
| 12/31/13 | $ 1,758.41 | | | $ 37,414.61 | | | | | $ 1,758.41 | $ 5,098.18 |
| 12/31/13 | | | | $ 37,414.61 | | $ 1,912.61 | | | $ (1,912.61) | $ 3,185.57 |
| 02/04/14 | $ 1,758.41 | | | $ 39,173.02 | | | | | $ 1,758.41 | $ 4,943.98 |
| 02/18/14 | $ (1,912.61) | | | $ 37,260.41 | | | | | $ (1,912.61) | $ 3,031.37 |
| 02/25/14 | | | | $ 37,260.41 | | $ 1,758.41 | | | $ (1,758.41) | $ 1,272.96 |
| Loan Modification entered next due date is 03/01/2014 | | | | $ 37,260.41 | | | | | $ - | $ 1,272.96 |
| | $ 564.88 | | | $ 1,837.84 | bring from pr side due to LM | | | | $ 564.88 | $ 1,837.84 |
| 02/25/14 | | | $ 1,735.56 | $ 102.28 | | $ 1,735.56 | | | $ (1,735.56) | $ 102.28 |
| 03/04/14 | $ 1,782.79 | 03/01/14 | $ 1,782.79 | $ 102.28 | | $ 1,782.79 | | | $ - | $ 102.28 |
| 04/07/14 | $ 1,782.79 | 04/01/14 | $ 1,782.79 | $ 102.28 | | $ 1,782.79 | | | $ - | $ 102.28 |
| 05/09/14 | $ 1,782.79 | 05/01/14 | $ 1,782.79 | $ 102.28 | | $ 1,782.79 | | | $ - | $ 102.28 |
| 06/05/14 | $ 1,782.79 | 06/01/14 | $ 1,782.79 | $ 102.28 | | $ 1,782.79 | | | $ - | $ 102.28 |
| 07/10/14 | $ 1,782.79 | 07/01/14 | $ 1,782.79 | $ 102.28 | | $ 1,782.79 | | | $ - | $ 102.28 |
| 07/10/14 | $ 2.21 | | | $ 104.49 | | | | | $ 2.21 | $ 104.49 |
| 08/04/14 | $ 1,782.79 | 08/01/14 | $ 1,782.79 | $ 104.49 | | $ 1,782.79 | | | $ - | $ 104.49 |
| 08/04/14 | $ 2.21 | | | $ 106.70 | | | | | $ 2.21 | $ 106.70 |
| 09/03/14 | $ 1,782.79 | 09/01/14 | $ 1,782.79 | $ 106.70 | | $ 1,782.79 | | | $ - | $ 106.70 |
| 09/03/14 | $ 2.21 | | | $ 108.91 | | | | | $ 2.21 | $ 108.91 |
| 10/07/14 | $ 1,782.79 | 10/01/14 | $ 1,782.79 | $ 108.91 | | $ 1,782.79 | | | $ - | $ 108.91 |
| 10/07/14 | $ 2.21 | | | $ 111.12 | | | | | $ 2.21 | $ 111.12 |
| 11/25/14 | | | | $ 111.12 | | | | | $ - | $ 111.12 |
| 02/18/15 | $ 1,782.79 | 11/01/14 | $ 1,782.79 | $ 111.12 | | $ 1,782.79 | | | $ - | $ 111.12 |
| 02/18/15 | $ 2.21 | | | $ 113.33 | | | | | $ 2.21 | $ 113.33 |
| 04/17/15 | $ 1,782.79 | 12/01/14 | $ 1,782.79 | $ 113.33 | | $ 1,782.79 | | | $ - | $ 113.33 |
| 04/17/15 | $ 17.21 | | | $ 130.54 | | | | | $ 17.21 | $ 130.54 |
| 08/12/15 | | | | $ 130.54 | | $ 1,780.10 | | | $ (1,780.10) | $ (1,649.56) |
| 08/31/15 | $ 1,750.20 | 01/01/15 | $ 1,780.10 | $ 100.64 | | | | | $ 1,750.20 | $ 100.64 |
| 12/29/16 | $ (0.03) | | | $ 100.61 | | | | | $ (0.03) | $ 100.61 |
| 02/03/17 | $ 11.02 | | | $ 111.63 | | | | | $ 11.02 | $ 111.63 |
| 02/03/17 | | | | $ 111.63 | | | | | $ - | $ 111.63 |
| | | | | $ 111.63 | | | | $ 0.03 | $ (0.03) | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |
| | | | | $ 111.63 | | | | | $ - | $ 111.60 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

IN RE:

    James M. Hosking                              Case No.: 12-10011-JMD
    Jennifer L. Hosking                           Chapter 13
        Debtors

CERTIFICATION OF SERVICE

       The undersigned hereby certifies that copies of the Response to Notice of Final Cure have been served upon the following parties via electronic notice or first class mail, as indicated, this 10th day of March, 2017:

Via Electronic Notice:
Office of the U.S. Trustee
1000 Elm Street
Suite 605
Manchester, NH 03101
USTPRegion01.MR.ECF@usdoj.gov

Lawrence P. Sumski, Esq.
1000 Elm Street, 10th Floor
Manchester, NH 03101
SumskiCh13@gmail.com
Trustee

Christopher Kelley, Esq.
2 Wellman Avenue, Suite 240
Nashua, NH 03064
KelleyLawOffices@aol.com
Debtor's counsel


Via First Class Mail:
James M. Hosking
34 Cedar Street
Hudson, NH 03051

Jennifer L. Hosking
34 Cedar Street
Hudson, NH 03051

                                                                                /s/ Jeffrey J. Hardiman